IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| GABRIEL PAUL SALAS, | § | |
| | § | |
| Applicant, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-399-A |
| | § | |
| DEE ANDERSON, SHERIFF, | § | |
| TARRANT COUNTY, TEXAS, | § | |
| | § | |
| Respondent. | § | |

O R D E R

Came on for consideration the above-captioned action wherein Gabriel Paul Salas is applicant and Dee Anderson, Sheriff, Tarrant County, Texas, is respondent. This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On August 31, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by September 30, 2009. Copies of the proposed findings, conclusions, and recommendation were sent to applicant and respondent. No objections have been timely filed. After thoroughly considering the record and

applicable authorities, the court accepts the recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the application pursuant to § 2254 be, and is hereby, dismissed as moot and for failure to exhaust administrative remedies.

SIGNED October 21, 2009.

_____
JOHN McBRYDE
United States District Judge

2